UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-01029-CJC(OPx) | Date | September 29, 2011 |
|---|---|---|---|
| Title | Mary McCaughey v. Assurant Employee Benefits, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE AND VACATING COURT TRIAL

     The Court hereby ORDERS plaintiff to show cause in writing no later than October 13, 2011 why this case should not be dismissed for failure to prosecute. The Court further vacates the court trial date of October 4, 2011 at 9:00 a.m. to be rescheduled at a later date if needed.

           : 0

Initials of Preparer  mu